**BARRON & NEWBURGER, P.C.**

Arthur Sanders
*Attorney*

Cell: (845) 548-2213 | asanders@bn-lawyers.com

March 4, 2015

Hon. Viktor V. Pohorelsky
U.S. District Court
225 Cadman Plaza
Brooklyn, NY  11201

Re:  REYES v. DIVERSIFIED ADJUSTMENT SERVICE, INC.
     14-CV-6406

Dear Judge Pohorelsky:

Please be advised that this office represents the defendant in the above-captioned matter.

The initial conference for this matter is scheduled for tomorrow, March 5th, at 12 noon.

The purpose of this letter is to request that the conference be changed from an in-person conference to a telephone conference as opposing counsel and I are concerned about the prediction of inclement weather. Both opposing counsel and myself need to travel from the northern suburbs to attend court and we would prefer to avoid traveling under hazardous conditions.

This is a first request for an adjournment and is made on consent. We request that you waive your 48-hour rule in light of the anticipated bad weather.

We thank the Court for its consideration.

Sincerely

BARRON & NEWBURGER, P.C.

Arthur Sanders

As/ctw